FILED

SEP - 8 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Patrick Franklin

            *Plaintiff/Petitioner(s)*

v.

DR. Shah
Warden Rains
IDOC

            *Defendant/Respondent(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 17-960-MJR

(Clerk's Office will provide)

❏ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
❏ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
❏ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

I.    **JURISDICTION**

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

Robinson CC
Patrick Franklin, M06682
13423 E 1150Th Ave
Robinson IL 62454

**Defendant #1:**

B.    Defendant ___DR. Shah___ is employed as
              (a)  (Name of First Defendant)

___DR. At Robinson CC___
        (b)      (Position/Title)

with ___Robinson / Wexford Health care___
        (c)    (Employer's Name and Address)

___Foster Plaza 2 425, Holiday Drive PittsBurg PA 15220, OR Robinson CC___

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☑ Yes   ☐ No

If your answer is YES, briefly explain: He is the Doctor at Robinson who I complained to About My Issue of weight And top Bunk.

**Defendant #2:**

C.    Defendant _David Rains_ is employed as

(Name of Second Defendant)

_Warden_

(Position/Title)

with _Robinson CC 13423 E 1150 Th Ave_

(Employer's Name and Address)

_Robinson IL 62454_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain: He's the Warden in charge of Robinson, who's in charge of Forcing Employees To do there Jobs, So Inmates won't be Injured By Indifferences.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant _IDOC_

Director of IDOC
Spring field IL

Yes ☑

Should Have AN Policy That Prevents Over weight Inmates (350+) From Being Forced To Climb To A Top Bunk

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?   ❏ Yes   ❏ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1.   Parties to previous lawsuits:
Plaintiff(s):



Defendant(s):



2.   Court (if federal court, name of the district; if state court, name of the county):

3.   Docket number:

4.   Name of Judge to whom case was assigned:

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):



7.   Approximate date of filing lawsuit:

8.   Approximate date of disposition:

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution? ☑ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take? WRote Request Slips To DR. Shah About Bunk Issues And Grivence To Adminstration And Appeal Grivences To Springfield.

2.   What was the result?
DeNied AT INsitutional Level, AND Springfield

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes   ☐ No

F.   If your answer is YES,
1.   What steps did you take?

2.   What was the result?

G.   If your answer is NO, explain why not.

H.   Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

(Rev. 7/2010)                                       4

IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel
your constitutional rights were violated.  Do not include legal arguments of
citations.  If you wish to present legal arguments or citations, file a separate
memorandum of law.  If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph.  If your claims
relate to prison disciplinary proceedings, attach copies of the disciplinary
charges and any disciplinary hearing summary as exhibits. You should also
attach any relevant, supporting documentation.

I Arrived At Robinson C.C. August 2016 And Requested A
Bottom Bunk Because of weight Problems,
MY Counsoler Ms Carrell gave me A Bottom Bunk Immeatily.
Then in April 2017 I Was Moved To AN Top Bunk Because they Needed
it for a wheelchair Bound Person.
I've Been Reavesting To Be Moved to another bottom Bunk by writing
Reavest slips to Health Care.
Telling them that I'm over weight 350 plus Pounds And having Issues with
Climbing And Hurting myself.
DR. SHaH's Response on the Reavests slips was Excerise And lose weight.
Then On APRil 12TH 2017 I Hurt Myself by falling down the ladder
In the middle of the night Trying to get down to go to the bathroom.
I went to Health Care For my INJury And Seen DR SHAH, I told him that
I'm in Pain And my Elbow and ARm is making a loud Popping Sound.
He Responded by telling me To Buy Pain Meds off the Inmate Commisary.
So As of Today Sept. 1 2017 I'm still Seeking Medical Attention DR/Physc DR
I feel DR SHah Should Have Responded To my needs in a Respectful
Manner And Signed off on An Bottom Bunk to Prevent me from getting
hurt.
I also feel that warden Rains and IDoc Should have An Policy in Place
that Prevents these Problems of overweight People that Have Problems of
Climbing on the top bunk.
I Also was Helped up to my feet by Inmate Brandon Delgado # Y10840
Inmate Dustin LARosa # M39626.
They Also have been helping me climb up in the Bunk AT Night.

V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

Compensatory And Punitive Damages And InJuntion Relief

VI.   JURY DEMAND (*check one box below*)

The plaintiff ☑ does  ☐ does not request a trial by jury.

DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 9 - 1 - 17
(date)

Patrick Franklin
Signature of Plaintiff

13423 E 1150TH AVE
Street Address

PATRICK FRANKLIN
Printed Name

Robinson IL 62454
City, State, Zip

M06682
Prisoner Register Number

_____
Signature of Attorney (if any)

## **CERTIFICATE OF SERVICE**

I certify that a copy of this **Section    1983** was mailed/delivered
(Name of Document)

to **The clerk U.S. District Court of Southern Ill** on **9 - 1 - 17** .
(Name and Address of Party/Attorney)                                    (Date)

*Patrick Franklin*
Signature

*Patrick FRANKLIN*
Printed Name

12.     Do not write letters to judges or magistrate judges regarding your case. Such contact
        is improper. If you wish to provide information or ask the court to do something,
        you must file a motion with the clerk.

13.     You are responsible for learning and following the procedures that govern the court
        process. The district judges, magistrate judges, clerk of court, and their staff are
        forbidden as a matter of law from providing legal advice. Legal advice should be
        sought from an attorney or legal clinic.

14.     You are under a continuing obligation to keep the clerk and each opposing party
        informed of any change in your location. This shall be done in writing and not later
        than 7 days after a transfer or other change in address occurs. Failure to do so may
        result in dismissal of your case.

15.     Self-representation carries certain responsibilities and risks that a *pro se* litigant
        should know before proceeding. The court encourages all individuals who are
        thinking about self-representation to carefully review the risks associated with self-
        representation and to be aware of the potential consequences. Rule 11 of the Federal
        Rules of Civil Procedure prohibits the filing of lawsuits that are clearly frivolous or
        filed merely to harass someone. If, after reviewing your complaint, a judge
        determines that you have filed a lawsuit for an improper or clearly unnecessary

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Franklin, Patrick_          Date: _8/16/17_

Register # _M06682_

Facility: _Robinson_

This is in response to your grievance received on _5/17/17_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated _4/14/17_ Grievance Number: _17-143_ Griev Loc: _Robinson_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
  Incident # _____

⊘ Other _Lowbunk, Dr Shah_

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

⊘ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _____

FOR THE BOARD: _Sarah Johnson_     CONCURRED: _John R. Baldwin_
                Sarah Johnson                           John R. Baldwin
          Administrative Review Board                   Acting Director

CC:   Warden, _Robinson_ Correctional Center
      _P. Franklin_ , Register No. _M06682_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Franklin Patrick_     Date: _8/10/17_

Register # _M06682_

Facility: _Robinson_

This is in response to your grievance received on _6/9/17_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _5/18/17_ Grievance Number: _17-196_ Griev Loc: _Robinson_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident #_____

⊗ Other _TX for elbow injury_

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

⊗ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other:_____

_____

FOR THE BOARD: _Sarah Johnson_     CONCURRED: _John R. Baldwin_
         Sarah Johnson                                    John R. Baldwin
    Administrative Review Board                          Acting Director

CC:   Warden, _Robinson_ Correctional Center
      _P. Franklin_, Register No. _M06682_

_Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization._

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

To V

Offender Name: Patrick Franklin                    ID #: M06682  Living Unit: 6B-4-11

Job Assignment: Porter                              Shift: 7-3

Please refer to the directory located in your orientation manual and address proper personnel.

To: DR. SHAW

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) I'm over

for the purpose of (explain): Weight and I would like to be moved
to a bottom bunk I have Problems going up
and down. Please and Thank you.

Patrick Franklin                              4-4-17

_Offender's Signature_                        _Date_

RECEIVED
APR 0 5 2017

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): Please
Attend Gym V food
install.                                       Remarks by supervisor (if necessary):

BY:

_____    _____
Print Staff Name                Print Supervisor Name

_____    _____  _____  _____
Staff Signature          Date        Supervisor Signature        Date

Distribution:   Affected Unit                                   DOC 0286 (Rev. 4/2010)

_Printed on Recycled Paper_

---

To V

RECEIV
APR 0 7 2017
BY

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Request**

Offender Name: Patrick FRANKLIN                    ID #: M06682  Living Unit: 6B-4-11

Job Assignment: Porter                              Shift: 7-3

Please refer to the directory located in your orientation manual and address proper personnel.

To: DR. SHAW

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☐ other (specify) I'm over

for the purpose of (explain): Weight and I would like to be moved to
a bottom bunk. I have fell trying to go up and down the
bunk. I'm 5"6"/360 Pounds Please and thank you.

Patrick Franklin                              4-6-17

_Offender's Signature_                        _Date_

DO NOT WRITE BELOW THIS LINE

Remarks by staff (if necessary): Sign up for sick call
to discuss low bunk and to
be weighed.                                    Remarks by supervisor (if necessary):

D Voin                                         _____
Print Staff Name                                Print Supervisor Name

_____    _____  _____  _____
Staff Signature          4/7/7  Date    Supervisor Signature        Date

Distribution: Affected Unit                                     DOC 0286 (Rev. 4/2010)

_Printed on Recycled Paper_

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

613

| Grievance Officer's Report |
|---|

**Date Received:** April 26, 2017      **Date of Review:** May 1, 2017      **Grievance #** (optional): 17-143

**Committed Person:** Franklin, Patrick      **ID#:** M06682

**Nature of Grievance:** Offender M06682 Patrick Franklin is grieving Staff Conduct. Offender Franklin states that he has verbally requested and sent written requests to be moved to a bottom bunk due to his weight problems. He states that he keeps injuring himself while getting up and down the ladder. He states that he asked Dr. Shah to be moved to bottom bunk and explained his issues. He states Dr. Shah replied by request slip that he should lose weight and exercise. Offender states he was offended by Dr. Shah's reply. Offender states he has fallen and injured his elbow and arm due to not being on bottom bunk.

**Facts Reviewed:** Grievance Officer reviewed the offender's grievance and reviewed Counselor Carrell's response to grievance. Grievance Officer contacted HCUA Phil Martin. Per HCUA Martin, after reviewing this offender's medical record and speaking to Dr. Shah, Offender Franklin is 26 years old without any medical issues. Offender does not meet the medical needs for a low bunk permit.

**Relief requested:** Dr. Shah should evaluate and make a professional decision based on offender request to avoid further injuries.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the inmate's grievance be denied. There is no evidence to substantiate staff misconduct. This grievance has been processed in accordance with DR 504.

Teresa J. Beard, Correctional Counselor I          _Teresa J. Beard_
Print Grievance Officer's Name          Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 5-10-17     ☒ I concur     ☐ I do not concur     ☐ Remand

**Comments:** Dr. Shah is a medical professional and gave sound medical advice to the healthful well-being of the offender.

_D Rains_                 5-10-17
Chief Administrative Officer's Signature          Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____      _____      _____
Committed Person's Signature      ID#      Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| Date: 4-14-17 | Offender: (Please Print) PATRICK FRANKLIN | ID#: M06682 |
|---|---|---|

| Present Facility: Robinsion | Facility where grievance issue occurred: Robinsion |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____/_____/_____
  Date of Report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I verbally And written Request to be Moved to An Bottom Bunk Because of wieght Problems and I keep InJuring myself while getting up and down the ladder During the middle of the night for emergency Urine Issues. So This time I asked DR. Shah to be moved To a Bottom Bunk, And Explained All My Issues, and He Responded by An Request Slip That I should lose weight And Exierise. I Felt offended Because I am over 350 Plus Pounds, And I Requested to be moved and NOT

**Relief Requested:** DR. Shah should evaluate and make AN Professional decision Based on my ~~xxxx~~ Request, To Avoid Futher INJuries.

- [ ] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Patrick D. Franklin | M06682 | 4, 14, 17 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) |
|---|

Date Received: 4 / 17 / 17

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Per. HCA P. Martin. After reviewing this Offenders' medical record / Speaking to Dr. Shah. Offender is 26 years old w/out any Medical Issues. Offender does not meet the medical Needs for a low bunk permit.

| Monica Caswell | CC I | Monica Caswell | 4, 18, 17 |
|---|---|---|---|
| Print Counselor's Name | | Counselor's Signature | Date of Response |

---

| **EMERGENCY REVIEW** |
|---|

Date Received: _____/_____/_____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____          _____/_____/_____
Chief Administrative Officer's Signature                      Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Insulted By the DR. Shah. Now Iv'e fallen This Time and Injured my elbow and Arm from falling off The ladder. Ive Been to Health care For X-Rays And my Arm is in a Sling Because I think I Dislocated it Because of a loud Poping Sounds from my elbow That's In Pain. Also I had An Bottom Bunk, But They moved me to A Top Bunk Because a wheel chair Person Needed it, So Iv'e BEEN Requesting To BE Moved Since This Happened over a month ago.

Bruce Rauner
Governor

John Baldwin
Acting Director

### The Illinois Department of Corrections

Robinson Correctional Center
13423 E. 1150th Avenue • Robinson, IL  62454 • (618) 546-5659 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:      July 12, 2017

TO:          Patrick Franklin, M06682, 6B
               Robinson Correctional Center

FROM:      Ryan Erickson
               Clinical Services Supervisor
               Robinson Correctional Center

SUBJECT:   Duplicate Grievance

In regard to the attached grievance, this issue has already been addressed by a Grievance Officer and it will not be addressed again at this level.  If you have not received satisfaction through the grievance procedure you are welcome to forward the completed grievance to the Administrative Review Board in Springfield.

I trust this has been responsive to your concerns.

Sincerely,

Ryan Erickson, Clinical Services Supervisor
Robinson Correctional Center

RE/jah

cc: File

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

| Date: 7-11-17 | Offender: (Please Print) PATRICK FRANKLIN | ID#: M06682 |
|---|---|---|

| Present Facility: RCC | Facility where grievance issue occurred: RCC |
|---|---|

### NATURE OF GRIEVANCE

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On above date and time I went for a follow up for my Injury for when I fell out of the top bunk 4/13/17 It's seems like DR. Shah is clueless as to why my elbow is Still popping that's still causing me pain

**Relief Requested:** I would like to seek a second opionion from a outside doctor.

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Patrick Franklin | M06682 | 7, 11, 17 |
|---|---|---|
| Offender's Signature | ID# | Date |

**(Continue on reverse side if necessary)**

---

### Counselor's Response (if applicable)

| Date Received: 7/11/17 RCC | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | _____ / _____ / _____ Date of Response |
|---|---|---|

---

### EMERGENCY REVIEW

| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | _____ / _____ Date |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

6B

---

| **Grievance Officer's Report** |
|---|

**Date Received:** May 30, 2017          **Date of Review:** May 30, 2017          **Grievance #** (optional): 17-196

**Offender:** Franklin, Patrick          **ID#:** M06682

**Nature of Grievance:** The offender is grieving that he is not receiving the proper medical treatment for an elbow injury he received.

**Relief Requested:** To stop Dr. Shah's conduct and be treated for my pain.

**Facts Reviewed:** The grievance as written was reviewed. The offender claims that he had a follow-up doctor appointment to have his elbow evaluated. The elbow was injured when the offender fell out of the top bunk. The offender stated that he is still in pain and Dr. Shah will not issue any medication for pain control. The offender claims there is a loud popping noise in his elbow.

Per Health Care Unit Administrator Martin, the offender was evaluated on 5/18/17 by the medical doctor for a follow-up on an elbow injury. Per Dr. Shah the elbow is not tender but does make a popping sound. An x-ray was negative for a fracture or dislocation. No medication was ordered by the doctor.

**Recommendation:** Based on the review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied. Staff followed established institutional policy and procedures as it is related to the medical treatment of offenders.

Ryan Erickson, Clinical Services Supervisor
_____          _____
Print Grievance Officer's Name                    Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

---

| **Chief Administrative Officer's Response** |
|---|

**Date Received:** 5/31/17          ☒ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

_____                              5/31/17
Chief Administrative Officer's Signature                              Date

---

| **Offender's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          _____          _____
Offender's Signature                              ID#                              Date

---

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 5-18-17 | Offender: (Please Print) Patrick Franklin | ID#: M06682 |
|---|---|---|
| Present Facility: RCC | Facility where grievance issue occurred: RCC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____    _____
  Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer**, only if EMERGENCY grievance.
  **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the above date I had a doctor's appoiment for a check up on my elbow for when I fell out of my top bunk I stated to the doctor that I still have pain in my elbow and I need Meds. He stated that he will not give me any thing, I shoud sign up for Sick call to get the Meds. He also stated that he knows I sustained a Injury because of the loud popping Sound that my elbow makes. when it extends. and Still he will not give me any Meds for my Pain. The person I seen in health care was DR. SHAH.

**Relief Requested:** To stop DR. SHAH's conduct and be treated for my Pain.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Patrick A Franklin | M06682 | 5, 18, 17 |
|---|---|---|
| Offender's Signature | ID# | Date |

· **(Continue on reverse side if necessary)** ·

---

**Counselor's Response (if applicable)**

Date Received: 5 / 18 / 17    mc

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: Offender seen on 5/18/17 for MD evaluation for follow-up of elbow issues. Per MD elbow not tender but "pops" & x-ray negative for fracture or dislocation. Did Dept order pain medication for medical evaluation. Ref Health Martin

| Marina Cannell | CCII | Marina Cannell | 5, 22, 17 |
|---|---|---|---|
| Print Counselor's Name | | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    ____/____/____
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender

Page 1

DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** June 28, 2017        **Date of Review:** June 29, 2017        **Grievance #** (optional): 17-238

**Committed Person:** Franklin, Patrick        **ID#:** M06682

**Nature of Grievance:** Staff Conduct; Medical Treatment

**Facts Reviewed:** In grievance offender Franklin states, that when he went to see the doctor about his continuing problems with his elbow that the doctor wouldn't prescribe him any pain meds and told offender that he could purchase pain meds off of Inmate commissary.

**Relief Requested:** "Stop Dr. Shah conduct. Receive meds without having to pay for it, off commisary, be propely treated for my injured poping arm. (elbow)"

Counselor Response, Carrell CCII: "Per Dr. Shah & review of Dr. Shah's evaluation saw offender on 6/19/17 for complaint on elbow "popping" Dr. Shah stated that pain medications were not ordered per his findings of good range of motion w/ no observed pain x-rays were ordered to compare to previous C-xays per HCUA P. Martin.

Per Interview on June 29, 2017 with Health Care Administrator, P. Martin: Counselor response is correct and had nothing to add to his previous response.

**Recommendation:** Based on a total review of all available information, this Grievance Officer recommends that the grievance be denied. Per Health Care Administrator P. Martin your medical needs are being addressed.

M. Rayburn C.C. I _____        _____ CCI
        Print Grievance Officer's Name                Grievance Officer's Signature
        **(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 7/3/17        ☒ I concur        ☐ I do not concur        ☐ Remand

**Comments:**

_____        7/3/17
Chief Administrative Officer's Signature        Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Patrick Franklin        M06682        7-7-17
        Committed Person's Signature        ID#        Date

**OFFENDER'S GRIEVANCE**

| Date: 6-19-17 | Offender: (Please Print) PATRICK FRANKLIN | ID#: M06682 |
|---|---|---|
| Present Facility: RCC | Facility where grievance issue occurred: RCC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [x] Medical Treatment

- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____ / ____ / ____      _____
  Date of Report           Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.

Chief Administrative Officer, only if EMERGENCY grievance.

Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I went back for my check up App. for when I fell off the top bunk and Injured my elbow, which I am still having problems with. My elbow is still making the loud poping sound and I am in pain on a Regular. I explained this to Dr Shah and asked him for pain pills and he stated no. I will not give you anything for my elbow that he knows that's Making the loud poping sound. He stated if I want pain meds purchase it off of Inmate commisary.

**Relief Requested:** Stop Dr. Shah conduct. Recieve meds without having to pay for it, off Inmate commisary. Be propely treated for my Injured poping arm. (elbow)

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Patrick A. Franklin | M06682 | 6, 19, 17 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 6 19 17 nr

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _Per Dr Shah & review of Dr Shah's evaluation ___ together on 6/19/17 for complaint of elbow poping Dr Shah stated that pain medications were not prescribed per his findings of good range of motion (R) No observed pain, swelling, was discharged ___ cause_

| _____ Cassel | Lavia Cassel | 6, 20, 17 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ____ / ____ / ____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____        ____ / ____ / ____
Chief Administrative Officer's Signature      Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

To compare to previous X-ray per Hava
Patches

PATRICK S. FRANKLIN M00l682
13423 E. 1150th AVE
ROBINSON IL 62454

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS DEPARTMENT
OF CORRECTIONS

MAIL CLEARED
US MARSHALS

$ 03.29⁰
PITNEY BOWES
SEP 05 2017
0004253532
MAILED FROM ZIPCODE 62454

CLERK OF the CourT
United States DistrictCourt
Southern District of Illinois
750 Missouri AVE
East St. Louis, IL 62201

Legal
mail



RECEIVED

SEP - 8 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE